# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob Howard,<br><br>             Plaintiff,<br><br>v.<br><br>Republican National Committee, et al.,<br><br>             Defendants. | NO. CV-23-00993-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 6, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 6, 2023

By   s/ S. Ferdig
     Deputy Clerk
